# EXHIBIT 1

## SETTLEMENT AGREEMENT & RELEASE

Plaintiff Patricia Adams and Defendant Caring Angels Home Care LLC agree to the terms of this Settlement and Release.

### DEFINITIONS

1. "Action" shall mean the civil action in the United States District Court for the District of Colorado, *Adams v. Caring Angels Home Care LLC*, Case No. 1:19-cv-01534.

2. "Plaintiff" shall mean Patricia Adams.

3. "Plaintiff's Counsel" shall mean Jennell Shannon of Johnson Becker, PLLC.

4. "Defendant" shall mean Caring Angels Home Care LLC.

5. "Defendant's Counsel" shall mean James Barber of Relevant Law.

6. "Parties" shall mean Plaintiff and Defendant.

### RECITALS

7. On May 29, 2019, Plaintiff imitated the Action against Defendant with respect to claims stemming from alleged violations of the Fair Labor Standards Act ("FLSA"), the Colorado Wage Act ("CWA"), the Colorado Minimum Wage Order Numbers 32 through 25, and common law breach of contract, and unjust enrichment.

8. On November 14, 2019 the Parties reached a settlement agreement, the details of which are set forth herein.

### SETTLEMENT PAYMENTS

9. **Total Release Amount.** Defendant will pay in connection with the Settlement a Total Release Amount of $42,000,00.

10. **Payments to Plaintiff.** Defendant will pay Plaintiff an amount totaling $28,000.00 via two equal checks, both in the amount of $14,000.00. The checks will be made payable to "Patricia Adams" and mailed to Plaintiff's Counsel at 444 Cedar Street, Suite 1800, Saint Paul, MN 55101 within seven (7) days of the Court's approval of the Parties' Joint Motion for Approval of the Settlement Agreement.

11. **Payments to Plaintiff's Counsel.** Defendant will pay to Plaintiff's Counsel an amount totaling $14,000.00 via three (3) separate checks in three (3) installments as set forth below:

1

    a. One payment of $2,000.00 to Plaintiff's Counsel mailed within seven (7) days of the Court's approval of the Parties' Joint Motion for Approval of the Settlement Agreement;

    b. One payment of $6,000 at or before six (6) months from the date of the Court's approval of the Parties' Joint Motion for Approval of the Settlement Agreement; and

    c. One payment of $6,000 at or before twelve (12) months from the date of the Court's approval of the Parties' Joint Motion for Approval of the Settlement Agreement.

Each check will be made payable to "Johnson Becker, PLLC" and mailed to Plaintiff's Counsel at 444 Cedar Street, Suite 1800, Saint Paul, MN 55101.

    12. **Dismissal with Prejudice of the Action**. The Parties reached the proposed agreement in this matter after extensive good faith bargaining and thorough investigation into the facts. The Parties are of the opinion that this Total Release Amount is fair, adequate and reasonable in light of all known facts and circumstances.

    13. **No Admission.** Nothing contained in the Release shall be construed or deemed an admission of liability, culpability, negligence, or wrongdoing on the part of Defendants in the Action.

## APPROVAL AND DISMISSAL OF THE ACTION

    14. **Cooperation:** The Parties agree to cooperate and take all steps necessary and appropriate to effectuate this Settlement's terms, including by filing a Stipulation of Dismissal with prejudice.

    15. **Fair, Adequate and Reasonable Settlement**: The Parties agree that the Settlement is fair, adequate and reasonable.

    16. **Dismissal with Prejudice of the Action**: Upon entry of the District Court's final order, the Action shall be dismissed with prejudice, waiving all rights of appeal.

Dated: 12-1-19　　　　　　　　　　Signed: *Patricia Adams*
　　　　　　　　　　　　　　　　　　　　　Patricia Adams

Dated: 12/9/19　　　　　　　　　　Signed: _____
　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

2

Dated: 12/03/2019            Signed: _____
                                     Caring Angels Home Care LLC

Dated: 12/03/2019            Signed: _____
                                     Counsel for Defendant