# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01534-RBJ

PATRICIA ADAMS, individually and on behalf
of all similarly situated individuals and on
behalf of the Proposed Rule 23 Class,

    Plaintiff,

v.

CARING ANGELS HOME CARE LLC,

    Defendant.

---

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT

---

THIS MATTER, having come before the Court, upon the Joint Motion of the Parties for an Order approving the settlement of Plaintiff's individual claim for violations of the Fair Labor Standards Act in the above-captioned action, and the Court having reviewed the submissions of counsel, and for good cause shown,

IT IS HEREBY ORDERED that the joint motion at ECF No. 18 is GRANTED and the Parties' settlement agreement is APPROVED;

IT IS FURTHER ORDERED that this action is hereby administratively terminated.

Dated: January 29, 2020

_____
The Honorable R. Brooke Jackson
United States District Court Judge